THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELENA MARQUARITA DOMINEY LANGSTON, FLORENCE DOMINEY CAMPBELL, and MATTHEW DAVID DOMINEY, Individually and as Beneficiaries of the Dominey 2012 Irrevocable Trust and the Dominey Insurance Trust of 1993, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA ANN DOMINEY, Individually and as Trustee of the Dominey 2012 Irrevocable Trust and Manager of Dominey Family Enterprises, LLC, TERESA EDDINGER, ALLISON ALLEN, Individually, and as Trustees of the Dominey Insurance Trust of 1993, WEST, WEBB, ALLBRITTON & GENTRY, P.C., <br><br> Defendants. | Civil Action No.: 4:25-cv-02805 <br><br> JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANT WEST, WEBB, ALLBRITTON & GENTRY, P.C.'S MOTION TO DISMISS UNDER RULE 12(B)(6)**

Before the Court is Defendant West, Webb, Allbritton & Gentry, P.C.'s Motion to Dismiss Under Rule 12(B)(6) (ECF No. 11). After considering the Motion, the Response thereto, and any further briefing submitted by the parties, the Court finds that the Motion should be and hereby is DENIED.

1

2

It is, therefore, ORDERED, ADJUDGED AND DECREED that Defendant's Motion is DENIED.

**SO ORDERED** on this _____ day of _____, 2025.

_____
JUDGE PRESIDING